O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEANTHONY GEORGE WILSON,

          Petitioner,

          v.

FREDERICK FOULK, Warden,

          Respondent.

Case No. EDCV 13-1127-JGB (JEM)

**J U D G M E N T**

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  September 17, 2015

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE