JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANTHONY GEORGE WILSON,<br><br>    Petitioner,<br><br>    v.<br><br>FREDERICK FOULK, Warden,<br><br>    Respondent. | Case No. EDCV 13-1127-JGB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that:

(1) the Petition is granted with respect to the insufficiency of the evidence claim in Ground One directed at the street terrorism conviction under California Penal Code §186.22(a);

(2) the Petition is denied with prejudice with respect to Ground Two and the remainder of Ground One; and

(3) Petitioner is discharged from all adverse consequences of his street terrorism conviction in San Bernardino Superior Court case No. FVI024734, vacating the portion of

1    his sentence based thereon, and requiring the San Bernardino County Superior Court to

2    resentence Petitioner accordingly within sixty (60) days of the entry of judgment.

4    DATED:    October 8, 2015

                                                     JESUS G. BERNAL
                                                     UNITED STATES DISTRICT JUDGE